**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**STATESBORO DIVISION**

| | | |
|---|---|---|
| LATASHA S.W. CHARLES, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV616-135 |
| | ) | CR614-005 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which objections have been filed. Accordingly, the R&R is **ADOPTED** as the opinion of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of November, 2016.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA