UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CR614-005
    )
LATASHA S. W. CHARLES    )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jack M. Downie** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jack M. Downie** be granted leave of absence for the following periods:  **October 2, 2019 through October 3, 2019; October 11, 2019 through October 14, 2019; November 8, 2019 through November 9, 2019; and December 10, 2019.**

This 24ᵗʰ day of September, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA